2026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMSON, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:06-CV-282 |
| v. | § | |
| | § | JURY |
| PACCAR, INC., | § | |
| Defendant. | § | |

### ORDER ON DEFENDANT PACCAR, INC'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT THEREOF

On the _____ day of _____, 2007, came on to be considered Defendant **PACCAR, INC.'S** Motion for Summary Judgment, and the Court having considered the motions, and responses, the summary judgment evidence, the authorities, and the arguments of counsel, finds as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Summary Judgment is **GRANTED** in full.